# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2949 Disciplinary Docket No. 3 |
| | : |
| SHAWN-RYAN WHITE | : No. 22 DB 2023 |
| | : |
| | : (Court of Common Pleas of Delaware |
| | : County, Nos. CP-23-CR-0000680-2022 & |
| | : CP-23-CR-0000471-2022) |
| | : |
| | : Attorney Registration No. 310117 |
| | : |
| | : (Delaware County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of April, 2023, upon consideration of the responses to a rule to show cause, the Rule is made absolute, and Shawn-Ryan White is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). Respondent shall comply with the provisions of Pa.R.D.E. 217.

Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.

This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(2) (providing an exception to the confidentiality requirement of Rule 402 when "the investigation is predicated upon a conviction of the respondent-attorney for a crime").